IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE WASHINGTON, JR.,

    Petitioner,                    No. CIV S-08-2598 EFB P

vs.

M. MCDONALD, Warden, et al.,

    Respondents.              ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court sitting in Fresno. Local Rule 3-120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court sitting in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1    3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
        Eastern District of California
3        2500 Tulare Street
        Fresno, CA 93721

5  DATED: November 12, 2008.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE